SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
LARRY DUNN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DUNN,<br><br>         Plaintiff,<br><br>    vs.<br><br>HANGERS CLEANERS, INC.; BARAK BOB GOLBAHAR, AS TRUSTEE OF THE BOB GOLBAHAR 2000 TRUST; and DOES 1 to 10,<br><br>         Defendants. | **Case No.: 2:24-cv-01405-DSF (PDx)**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff LARRY DUNN ("Plaintiff") and Defendants HANGERS CLEANERS, INC. and BARAK BOB GOLBAHAR, AS TRUSTEE OF THE BOB GOLBAHAR 2000 TRUST stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety.  Each party shall bear his/her/its own costs and attorneys' fees.

\\
\\
\\

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| DATED: March 20, 2025 |   | SO. CAL. EQUAL ACCESS GROUP |
|   | By: | /s/  Jason J. Kim |
|   |   | Jason J. Kim |
|   |   | Attorneys for Plaintiff |
| DATED: March 20, 2025 |   | THE TABA LAW FIRM |
|   | By: | /s/ YASMINE TABATABAI |
|   |   | YASMINE TABATABAI, Esq. |
|   |   | Attorneys for Defendants |
|   |   | HANGERS CLEANERS, INC. and BARAK BOB GOLBAHAR, AS TRUSTEE OF THE BOB GOLBAHAR 2000 TRUST |

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 20, 2025                              By: /s/ Jason J. Kim
                                                                Jason J. Kim

-2-

STIPULATION FOR DISMISSAL